# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL NO. 73, <br><br>and<br><br>THE TRUSTEES of the SHEET METAL WORKERS LOCAL NO. 73 PENSION FUND, SHEET METAL WORKERS LOCAL NO. 73 WELFARE FUND; and SHEET METAL WORKERS LOCAL NO. 73 ANNUITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>METAL DESIGN LLC, an Illinois Limited Liability Company; and ONE METAL DESIGN CORP., an Illinois corporation,<br><br>Defendants. | Case No. 18-cv-5500<br><br>Judge Feinerman<br><br>Magistrate Judge Finnegan |

## Agreed Motion for Entry of Judgment

Plaintiffs, Sheet Metal Workers' International Association, Local No. 73, et al. (hereinafter **"Plaintiffs" or "Fund"**) by and through their attorneys, Gregorio & Marco, Ltd. and Defendants Metal Design, LLC and One Metal Design Corp. (hereafter "**Defendants**") by and through their attorney Burr E. Anderson, and Anderson Law Offices, PC hereby present this Agreed Motion for Entry of Memorandum of Judgment and Entry of an Agreed Order as to Liability against Defendants Metal Design, LLC and One Metal Design Corp. In support of their Motion, the parties state as follows:

1. Plaintiffs filed their lawsuit against Defendants Metal Design, LLC and One Metal Design Corp. on August 13, 2018.

1

2. Defendants retained counsel and filed their Answer to the Complaint on September 19, 2018.

3. Counsel for Defendants has indicated that the Defendants are or have ceased operations.

4. The parties through counsel have reviewed the pending litigation and determined that an Agreed Memorandum of Judgment and an Agreed Order as to Liability should be entered to resolve the pending lawsuit.

5. Attached to this Agreed Motion is a draft Order for entry of an Agreed Memorandum of Judgment (**Exhibit A**) and an Agreed Order as to Liability (**Exhibit B**). Such proposed Orders will also be submitted to this Court's proposed Order email.

6. Once entered, the Orders will terminate the pending litigation.

Wherefore, the parties request that Court enter the attached Agreed Memorandum of Judgment and Agreed Order as to Liability against Defendants One Metal Design, LLC and One Metal Design, Corp. and any further relief this Court deems just.

Respectfully submitted,

| | |
|---|---|
| Sheet Metal Workers' International Association, Local No. 73, et.al. | Metal Design, LLC and One Metal Design, Corp. |
| BY:/s/ Michael J. McGuire<br>Attorney for Plaintiffs | BY: /s/ Burr E. Anderson<br>Attorney for Defendants |

Michael J. McGuire
Gregorio & Marco, Ltd.
ARDC #: 6290180
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
Ph: (312) 263-2343
Fax: (312) 263-2512